NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

J. WILLIAM RIGGS, REBECCA RIGGS )
BRUNNER, ALEXANDER M. GENUNG, )
and ELIZABETH GENUNG TAYLOR, )
                                     )
       Appellants, )
                                     )
v. )          Case No.  2D17-5069
                                     )
ANDREW GOOD, MICHAEL GOOD, )
and SUSAN GOOD KNOTT, )
                                     )
       Appellees. )
_____ )

Opinion filed October 31, 2018.

Appeal from the Circuit Court for Collier
County; Geoffrey H. Gentile, Judge.

Christopher D. Donovan, Cathy S. Reiman,
and John T. Blakely of Roetzel & Andress,
LPA, Naples, for Appellants.

Kevin C. Ambler of the Ambler Law Group,
Tampa, for Appellees.


PER CURIAM.


               Affirmed.


LaROSE, C.J., and CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., Concur.